

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2018

No. 04-17-00465-CV

**HOUSING AUTHORITY OF ALICE**,
Appellant

v.

**TEXAS MUNICIPAL LEAGUE SELF-INSURANCE FUND** aka Texas Municipal League
Intergovernmental Risk Pool,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-03-54404-CV
Honorable Oscar (O.J.) Hale, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
                  Luz Elena D. Chapa, Justice
                  Irene Rios, Justice

The panel has considered the appellant's motion for rehearing and request for oral argument and the motion and request are hereby DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court